UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1556

ZIAD AKL, M.D., F.A.C.P,

Plaintiff - Appellant,

v.

VIRGINIA HOSPITAL CENTER ARLINGTON HEALTH SYSTEM; INFECTIOUS
DISEASES AND MEDICAL ASSOCIATES, INC.; YORKE ALLEN, MD; GARY
BROWN, ESQ.; M. ANTHONY CASOLARO, MD; JAMES COLE; WILLIAM
DOUGHERTY, MD; BETH DYSON-MUSKOPF; JOHN GARRETT, MD; ROBERT
HOLMAN, MD; FRANK MCGRATH, MD; ARCHIE MCPHERSON, MD; TALAL
MUNASIFI, MD; BONNIE O'HARE; LAURA PEDERSON, RN; MARLANA
PLEGER, RN; STEVEN ZIMMET, MD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:07-cv-00073-CMH)

Submitted: February 26, 2009          Decided: April 16, 2009

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Rosenau, Washington, D.C., for Appellant. Deborah B.
Baum, PILLSBURY WINTHROP SHAW PITTMAN, LLP, Washington, D.C.,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ziad Akl appeals from the district court's order granting the Defendants' motion and dismissing his complaint in which he alleged numerous claims arising from the revocation of his medical privileges at the Virginia Hospital Center-Arlington Health Systems. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and order and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. See Akl v. Virginia Hosp. Ctr., No. 1:07-cv-00073-CMH (E.D. Va. July 18, 2007); see Modaber v. Culpeper Mem. Hosp. Inc., 674 F.2d 1023, 1026 (4th Cir. 1982). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED